**DISMISS and Opinion Filed May 4, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00343-CV

### KANDIS N. HUTCHINSON, Appellant
### V.
### B&K HUTCHINSON LLC & WILLIAM L. HUTCHINSON, Appellee

**On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-02821**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

By motion filed April 16, 2022, appellee seeks to have dismissed this appeal from the family court associate judge's April 15, 2022 report denying appellant's request for a temporary injunction.[1] Appellee asserts the report, which was to be reduced to a written order within fourteen days, is not appealable.[2] We agree.

It is well-settled that an appellate court has jurisdiction over final judgments that dispose of all claims and parties and interlocutory orders as authorized by

---

[1] Appellant filed the underlying suit in the civil district court. The suit, however, was subsequently transferred to family court. Although the complained-of report was rendered after the transfer, the report bears the district court cause number.

[2] Appellant has not responded to the motion.

statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The Texas Family Code authorizes an associate judge to render and sign a temporary order, *see* TEX. FAM. CODE ANN. § 201.007 (a)(14)(C), but it does not authorize a direct appeal to the court of appeals from that order, *see id.* § 201.016(b),(c).

We have only the associate judge's report before us, not an order. But even if the appeal were from an order, we would lack jurisdiction. *See id.* 201.016(b),(c). Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220343F.P05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KANDIS N. HUTCHINSON,
Appellant

No. 05-22-00343-CV     V.

B&K HUTCHINSON LLC &
WILLIAM L. HUTCHINSON,
Appellee

On Appeal from the 301st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-02821.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee B&K Hutchinson LLC & William L. Hutchinson recover their costs, if any, of this appeal from appellant Kandis N. Hutchinson.

Judgment entered May 4, 2022.